JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $183,100 IN UNITED STATES CURRENCY, APPROXIMATELY $3,523 IN UNITED STATES CURRENCY, AND ONE 2007 BMW 335i (VIN WBAWB73537P032122),<br><br>    Defendants. | No. 09-CV-0955-MHP<br><br>EX PARTE REQUEST TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

    No claim has been filed by any party claiming any right, title or interest in the above captioned defendants. The government has requested an Entry of Default from the Clerk, and once the Clerk enters a default, the United States will move for a default judgment. To date, no person has asserted a right to appear on behalf of the defendant; therefore the government

//
//
//

requests that the case management conference scheduled for Thursday, June 8, 2009, be vacated and continued for status at the convenience of the Court.

Dated: May 26, 2009

NATALIE K. WIGHT
Special Assistant United States Attorney

[PROPOSED] ORDER

GOOD CAUSE APPEARING, the case management conference scheduled for June 8, 2009, at 4:00 p.m. is hereby vacated.

The matter is continued to _10th_ day of __August__, 2009, for status. at 4:00 p.m.

IT IS HEREBY ORDERED.

DATED: 5/27/2009

IT IS SO ORDERED
Judge Marilyn H. Patel

Ex Parte Request to Vacate CMC
No. 09-CV-0955-MHP                    2